# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIN O. JIN,<br><br>    Plaintiff,<br>v.<br><br>PARSONS CORPORATION,<br><br>    Defendant. | Case No. 1:18-cv-02222 (TNM) |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Parsons Corporation hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's January 29, 2019 Order denying Parsons' Motion to Stay Proceedings and Compel Arbitration.

Respectfully submitted,

Dated: February 28, 2019

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar No. 296269)
**Jackson Lewis P.C.**
10701 Parkridge Boulevard, Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
SchulerJ@jacksonlewis.com
*Counsel for Defendant Parsons Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2019, a true and accurate copy of the foregoing *Notice of Appeal* was served via the Court's ECF system upon the following counsel of record:

> John T. Harrington, Esq.
> R. Scott Oswald, Esq.
> The Employment Law Group
> 888 17th Street, N.W.
> 9th Floor
> Washington, D.C.  20006

/s/Joseph E. Schuler